# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Joaquin Herrera Avila | **JUDGMENT IN A CIVIL CASE** |
| Petitioner(s), | |
| v. | Case Number: 25-cv-3741 JRT/SGE |
| Pamela Bondi, Kristi Noem, Todd M. Lyons, Sirce Owen, Peter Berg, Ryan Shea, Immigration Customs Enforcement, Executive Office for Immigration Review, Department of Homeland Security, Samuel Olson | |
| Respondent(s). | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Samuel Olson, Director, St. Paul Field Office Immigration and Customs Enforcement, is hereby **JOINED as a Respondent**, pursuant to Federal Rule of Civil Procedure 21.

2. Petitioner Joaquin Herrera Avila's Verified Petition for Writ of Habeas Corpus [Docket No. 1] is **GRANTED**, as follows:

   a. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

   b. Respondents shall provide Petitioner with a bond hearing in accordance with 8 U.S.C. § 1226(a) within 7 days of the date of this Order in which the parties will be allowed to present evidence and argument about

      whether Petitioner is a danger to the community and presents a flight risk if not detained;

  c.  If Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) as required herein, Petitioner must be immediately released from detention; and

  d.  Within ten days of the date of this Order, the parties shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Petitioner's release. Further, the parties shall advise the Court whether any additional proceedings in this matter are required and submit any proposals for the scope of further litigation.

3. Respondents are **ENJOINED** from removing, transferring, or otherwise facilitating the removal of Petitioner from the District of Minnesota before the ordered bond hearing. If the immigration judge determines that the Petitioner is subject to the detention under 8 U.S.C. § 1226(a), Respondents may request permission from the Court to move Petitioner if unforeseen or emergency circumstances arise, which require Petitioner to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Petitioner.

4. Petitioner's Motion for Temporary Restraining Order [Docket No. 4] is **DENIED as moot**.

5. Within 3 days of the date of this Order, the parties shall file any requests for redaction.

Date: 10/22/2025                                          KATE M. FOGARTY, CLERK